FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBBIE DUNCAN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>PLAYTIKA LTD, an Israeli Limited Company,<br><br>                  Defendant. | No.  2:25-CV-00131-MKD<br><br>ORDER RE NOTICE OF VOLUNTARY DISMISSAL<br><br>**ECF No. 10** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 10. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has not yet filed an answer or a motion for summary judgment in this matter.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 10**, is **GRANTED**.

ORDER - 1

2. Pursuant to Rule 41(a)(1)(A)(i), all claims are **DISMISSED without prejudice**.

3. All pending motions, if any, are **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** the file.

DATED September 15, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2